IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ZACHARY CHARLES BAUGHMAN,** individually, **GEORGE SCHMIDT,** individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**BOTTOM LINE CONCEPTS LLC**, a Florida company,<br><br>*Defendant.* | Case No. 1:23-cv-21862-DPG<br><br>**CLASS ACTION** |

## NOTICE OF INTENT TO AMEND CLASS ACTION COMPLAINT

Plaintiff Zachary Charles Baughmanand and Plaintiff George Schmidt give notice of their intent to file an amended complaint in response to Defendant's motion to dismiss (D.E. 7) pursuant to, and within the time provided by, Federal Rule 15(a)(1)(B).

DATED this 14th day of July, 2023.   Respectfully Submitted,

By: */s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
**KAUFMAN P.A.**
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
**Coleman PLLC**
66 West Flagler Street
Suite 900
Miami, Florida 33130
law@stefancoleman.com
Telephone: (877) 333-9427
*Attorneys for Plaintiff and the putative Class*