IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ZACHARY CHARLES BAUGHMAN,** individually, **GEORGE SCHMIDT,** individually, and on behalf of all others similarly situated,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>**BOTTOM LINE CONCEPTS LLC**, a Florida company,<br><br>　　　　*Defendant.* | Case No. 1:23-cv-21862-DPG<br><br>**CLASS ACTION** |

## NOTICE OF SETTLEMENT

　　Plaintiff Zachary Charles Baughman, Plaintiff George Schmidt and Defendant Bottom Line LLC hereby notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiffs' individual claims within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

　　DATED this 21st day of July, 2023.　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Avi R. Kaufman*
　　　　　　　　　　　　　　　　　　Avi R. Kaufman
　　　　　　　　　　　　　　　　　　kaufman@kaufmanpa.com
　　　　　　　　　　　　　　　　　　**KAUFMAN P.A.**
　　　　　　　　　　　　　　　　　　237 South Dixie Highway, Floor 4
　　　　　　　　　　　　　　　　　　Coral Gables, FL 33133
　　　　　　　　　　　　　　　　　　Telephone: (305) 469-5881

　　　　　　　　　　　　　　　　　　Stefan Coleman
　　　　　　　　　　　　　　　　　　**Coleman PLLC**
　　　　　　　　　　　　　　　　　　66 West Flagler Street
　　　　　　　　　　　　　　　　　　Suite 900
　　　　　　　　　　　　　　　　　　Miami, Florida 33130
　　　　　　　　　　　　　　　　　　law@stefancoleman.com

Telephone: (877) 333-9427
*Attorneys for Plaintiff and the putative Class*

MARK MIGDAL & HAYDEN
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: 305-374-0440

By: *s/ Yaniv Adar* (with permission)
Yaniv Adar, Esq. Florida Bar No. 63804
yaniv@markmigdal.com
eservice@markmigdal.com

*Counsel for Defendant*